**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*
*Victor Ramirez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VICTOR RAMIREZ, an individual,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

CASE NO. 2:24-cv-02290- GMN-BNW

**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

      **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned counsel of record for Plaintiff and Defendant, and pursuant to the prior Motion filed by Counsel [ECF No. 25] and the Court's minute order pertaining to that Motion [ECF No. 28] that Plaintiff may file a First Amended Complaint substituting KRISTIN FORBES-RAMIREZ, in her capacity as Special Administrator of the Estate of Victor Ramirez, as Plaintiff in this action. This Stipulation is made on the following grounds:

      **WHEREAS**, this matter is a Federal Tort Claims Act action originally filed by VICTOR RAMIREZ, who alleged a cause of action against the United States for negligent maintenance of a roadway in the Lake Mead National Recreation Area, which caused him to be involved in a serious motorcycle accident; and

      **WHEREAS**, on January 22, 2026, Mr. Ramirez died as a result of Stage IV pancreatic cancer; and

      **WHEREAS**, on March 11, 2026, Plaintiff filed a *Motion for Leave to File a First Amended*

*Complaint* [ECF No. 25] pursuant to Fed. R. Civ. P. 15 and Fed. R. Civ. P. 25(a), seeking to substitute KRISTIN FORBES-RAMIREZ, as Special Administrator of the Estate of Victor Ramirez, as the named Plaintiff. The proposed amendment adds no new claims and no new parties; the sole purpose of the amendment is to substitute the Special Administrator as Plaintiff following Mr. Ramirez' death; and

**WHEREAS**, on April 1, 2026, the Court entered a Minute Order [ECF No. 28] finding it more proper to wait until the probate court determined whether Ms. Forbes-Ramirez would be appointed Administrator of the Estate prior to allowing substitution under Rule 25. The Court extended the deadline to substitute Kristin Forbes-Ramirez until June 1, 2026, granted Plaintiff's Motion to the extent that amendment will be allowed, but not until after the probate court has reached a determination, and directed the parties to meet and confer and file the appropriate stipulation or motion; and

**WHEREAS**, on April 9, 2026, the Eighth Judicial District Court, Clark County, Nevada, in Case No. P-26-128754-E, entered an Order Regarding Petition for Special Letters of Administration appointing KRISTIN FORBES-RAMIREZ as Special Administrator of the Estate of Victor Ramirez, and authorizing her to represent the Estate and pursue the personal injury cause of action pending when the decedent expired; and

**WHEREAS**, on April 17, 2026, Letters of Special Administration were issued to KRISTIN FORBES-RAMIREZ by the Clark County Clerk of the Court, and Ms. Forbes-Ramirez has duly qualified and may act with the authority and duties of Special Administrator; and

**WHEREAS**, the contingency identified in the Court's April 1, 2026 Minute Order has now been satisfied, and the parties have met and conferred and agree that Plaintiff should be permitted to file the proposed First Amended Complaint substituting KRISTIN FORBES-RAMIREZ, as Special Administrator of the Estate of Victor Ramirez, as Plaintiff in this matter;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel of record, as follows:

1. Plaintiff is granted leave to file a First Amended Complaint (attached hereto as Exhibit 1) substituting KRISTIN FORBES-RAMIREZ, in her capacity as Special Administrator of

the Estate of Victor Ramirez, as Plaintiff in this action.

2. Plaintiff shall file the First Amended Complaint within seven (7) days of the entry of this Order.

**IT IS SO STIPULATED AND AGREED.**

DATED this 15th day of May, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*
_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

DATED this 15th day of May, 2026.

**UNITED STATES ATTORNEY'S OFFICE**

*/s/ Nathan M. Claus, Esq.*
_____
**NATHAN M. CLAUS**
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6297
Nathan.Claus@usdoj.gov
*Attorneys for the Federal Defendant*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 18, 2026

3