**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KRISTIN FORBES-RAMIREZ as Special Administrator of the Estate of VICTOR RAMIREZ, deceased,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 2:24-cv-02290-GMN-BNW

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 39]**

**IT IS HEREBY STIPULATED** between Plaintiff, KRISTIN FORBES-RAMIREZ, as Special Administrator of the Estate of VICTOR RAMIREZ, deceased, by and through her counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendant, UNITED STATES OF AMERICA, by and through its counsel of record Nathan M. Claus, Esq., Assistant United States Attorney (hereinafter referred to as "Defendant"), that:

**WHEREAS** on August 10, 2026, Defendant filed its Motion for Summary Judgment [ECF No. 39].

**WHEREAS** Plaintiff's current deadline to file a Response to Defendant's Motion for Summary Judgment is August 31, 2026.

**WHEREAS** Plaintiff's counsel requires additional time to prepare a Response to Defendant's Motion for Summary Judgment because counsel is awaiting receipt of executed declarations from witnesses who were not deposed that are necessary to support Plaintiff's opposition and to demonstrate the existence of genuine disputes of material. Counsel has requested

those declarations from the witnesses but has not yet received them, and the parties have conferred and agreed to a brief extension of that deadline.

**WHEREAS,** good cause exists for the requested extension, the extension is sought in good faith and not for the purpose of delay, no other deadlines in this matter will be affected, and this is the first request to extend Plaintiff's deadline to respond to [ECF No. 39]. Therefore;

**IT IS HEREBY STIPULATED** that Plaintiff shall have up to and including September 21, 2026, to file her Response to Defendant's Motion for Summary Judgment [ECF No. 39]. Defendant shall have up to and including October 5, 2026, to file its Reply in support thereof.

**IT IS SO STIPULATED AND AGREED.**

Dated this 31st day of August, 2026.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Rd., Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 31st day of August, 2026.

**UNITED STATES ATTORNEY'S OFFICE**

*/s/ Nathan M. Claus, Esq.*

**NATHAN M. CLAUS**
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Nathan.Claus@usdoj.gov
*Attorneys for Defendant United States of America*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 31, 2026