TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KRISTIN FORBES-RAMIREZ as Special Administrator of the Estate of VICTOR RAMIREZ, deceased,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:24-cv-02290-GMN-BNW

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**[FIRST REQUEST]**

Plaintiff KRISTIN FORBES-RAMIREZ, as Special Administrator of the Estate of VICTOR RAMIREZ, deceased, by and through her counsel, Adam J. Breeden, Esq. of Breeden & Associates, PLLC; and Defendant United States of America, by and through its counsel, Sigal Chattah, First Assistant United States Attorney, and Nathan M. Claus, Assistant United States Attorney, hereby stipulate to extend the deadline for Defendant to file its Reply in Support of its Motion for Summary Judgment [ECF No. 39] to October 30, 2026. This is the parties' first request.

Defendant's Reply in Support of its Motion for Summary Judgment is presently due October 5, 2026. ECF No. 44. Because this request is made before that deadline expires, the Court may extend the time for good cause. Fed. R. Civ. P. 6(b)(1)(A).

LR IA 6-1 requires that a request to extend time state the reasons for the extension and whether it is the first or a subsequent request. LR 26-3 further requires that a request to extend any date set by the discovery plan, scheduling order, or other order demonstrate good cause for the extension.

Good cause to extend the deadline exists. Defendant's counsel is set for trial in *Harris v. United States of America*, Case No. 2:22-cv-00022-GMN-MDC, from October 19 through October 23, 2026. Preparation for that trial, together with counsel's other case obligations, has limited the time available to complete the Reply, and additional time is needed to fully respond to the arguments raised in Plaintiff's Opposition. Defendant does not anticipate needing any further extensions beyond the one requested here.

The requested extension will not affect any other deadline in this case. This matter is set for a settlement conference before Magistrate Judge Weksler on November 24, 2026, with the parties' confidential written evaluation statements due November 17, 2026. ECF No. 41. The extension requested here will not affect either date.

///

///

///

///

///

///

///

As such, the parties stipulate to an extension of time for Defendant to file its Reply in Support of its Motion for Summary Judgment to October 30, 2026.

DATED this 1st day of October 2026.
and respectfully submitted by:

SIGAL CHATTAH
First Assistant United States Attorney

*<u>/s/ Nathan M. Claus</u>*
NATHAN M. CLAUS (Bar No. 15889)
Assistant United States Attorney
*Attorneys for the United States of America*

DATED this 1st day of October 2026.
and approved as to form and content by:

BREEDEN & ASSOCIATES, PLLC

*<u>/s/ Adam J. Breeden</u>*
ADAM J. BREEDEN, ESQ. (Bar No. 008768)
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

________________________________
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**DATED:** October 2, 2026